CLERKS OFFICE
US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
4/7/2026

LAURA A. AUSTIN, CLERK
BY: s/J. Lopez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Charlottesville Division)**

|  |  |  |
|---|---|---|
| IN RE SUBPOENA:<br>THE BOARD OF VISITORS<br>FOR THE UNIVERSITY OF VIRGINIA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Misc. Case No.: 3:26mc6<br><br><br>In relation to<br>Eastern District of New York<br>Case No.: 25-cv-03939-BMC |

**PLAINTIFF EL-GHAZALY'S MOTION TO COMPEL
COMPLIANCE WITH RULE 45 SUBPOENA DUCES TECUM AGAINST
NON-PARTY BOARD OF VISITORS OF THE UNIVERSITY OF VIRGINIA**

Plaintiff Tarek El-Ghazaly ("Dr. El-Ghazaly"), by and through his attorneys, hereby moves

this Court, pursuant to Rules 37(a)(2) and 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure,

for an Order compelling Non-Party, Board of Visitors of the University of Virginia's ("UVA")

compliance with his Rule 45 Subpoena Duces Tecum. Dr. El-Ghazaly submits a Memorandum in

Support which is separately filed. A proposed Order is attached.

Respectfully submitted,

_____/s/ *Megan S. Ben'Ary*_____
Megan S. Ben'Ary (VSB No. 47439)
Alyssa L. Szymczyk (VSB No. 89816)
HINSHAW & CULBERTSON, LLP
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: (202) 979-5282
Fax: (212) 935-1166
mbenary@hinshawlaw.com
aszymczyk@hinshawlaw.com

*Counsel for Plaintiff,*

1

*Dr. Tarek El-Ghazaly, M.D.*

2

*Dr. Tarek El-Ghazaly, M.D.*